UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN COSTA,** | ) |
| Plaintiff, | ) No. 21-cv-35-NBF |
| v. | ) Electronically Filed |
| **USX CORPORATION d/b/a UNITED STATES STEEL CORPORATION,** | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

AND NOW, upon stipulation of the parties pursuant to Rule 41, the Plaintiff hereby dismisses the above-captioned action with prejudice.

Dated:  August 31, 2021

Respectfully submitted:

/s/ Devin C. O'Leary  
Devin C. O'Leary (PA 312544)  
DOLeary@SMT.legal  
SMT Legal  
114 Grant Street  
Pittsburgh, PA 15222  
412-765-3345  
*Attorney for Plaintiff*

s/ *Marla N. Presley*  
Marla N. Presley  
PA ID No. 91020  
Marla.Presley@jacksonlewis.com  
Laura C. Bunting  
PA ID No. 307274  
Laura.Bunting@jacksonlewis.com  
1001 Liberty Avenue, Suite 1000  
Pittsburgh, PA 15222  
(412) 232-0404  
*Attorneys for Defendant*